E-FILED
Tuesday, 12 August, 2008 04:07:10 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

UNSUB aka Diana Galvan.

(Name and Address of Defendant)

**SEALED**

**CRIMINAL COMPLAINT**

CASE NUMBER: 08-M-3048

FILED
AUG 11 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  August 22, 2002  in  Cass  county, in the  Central  District of  Illinois  defendant did:

knowingly possessed or used without lawful authority a means of identification of another person during and in relation to a felony violation including Title 42, U.S.C. Section 408(a)(7)(B) and Title 18, U.S.C. Section 1546(a).

in violation of Title  18  United States Code, Section  1028A

I further state that I am a  United States ICE Special Agent  and that this complaint is based on the following facts:
                         Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes    ☐ No

s/ William A. Hutton
Signature of Complainant

Sworn to before me and subscribed in my presence,

August 11, 2008   3:17 pm        at  Springfield, Illinois
Date                                   City and State

                                       s/ Byron G. Cudmore

Byron G. Cudmore
U.S. Magistrate Judge

Name & Title of Judicial Officer              Signature of Judicial Officer

STATE OF ILLINOIS        )
                         ) ss
COUNTY OF SANGAMON       )

## AFFIDAVIT

I, William A. Hutton, the undersigned affiant, being duly sworn upon oath, depose and state as follows:

1. I am a Senior Special Agent (SSA) with the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been so employed since March 1, 2003. I was previously employed with the U.S. Immigration and Naturalization Service for approximately nineteen (19) years. I am currently assigned to the Springfield, Illinois office.

2. I am responsible for enforcing and investigating violations of the Immigration and Customs laws of the United States to include, but not limited to, Sections 8, 18, 19, 21 and 42 of the United States Code, including activities, which constitute fraudulent activity in connection with identification documents and identity theft.

3. This affidavit is made in support of a criminal complaint against an unidentified individual charging her with committing aggravated identity theft in violation of Title 18, United States Code, Section 1028A described as "UNSUB," using the following alias:

UNSUB AKA Diana Galvan, SSN 461-11-XXXX, DOB XX/XX/1964.

4. Title 18, United States Code, Section 1028A, states, among other things, that it a federal crime for any person to knowingly transfer, possess, or use without lawful authority, a means of identification of another person during and in relation to a felony violation including Title 42, United States Code, Section 408(a)(7)(B) or Title 18, United States Code, Section 1546(a).

5. Title 42, United States Code, Section 408(a)(7)(B), states, among other things, that it a federal crime for any person with intent to deceive, falsely represents a number to be the social security account number assigned by the Commissioner of Social Security to him or to another person, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him or to such other person.

6. Title 18, United States Code, Section 1546(a), states, among other things, that it a federal crime for any person who knowingly forges, counterfeits, alters, or falsely makes any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, or utters, uses, attempts to use, possesses, obtains, accepts, or receives any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained.

7. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted as well as that conducted by fellow officers and agents, and based upon my conversations with other law enforcement officers who have engaged in investigations involving identity theft. Based thereon, all of the statements and information contained herein are true and correct to the best of my knowledge, information and belief.

8. On July 1, 2008, the ICE Office in San Angelo, Texas received information from Chief J. Gore of the Ballinger, Texas Police Department pertaining to fraudulent activity, which involved the use of personal identifying information of Ballinger, Texas resident Diana Galvan.

Chief J. Gore advised that on June 6, 2008, Diana Galvan reported that an unknown person used her name, date of birth and social security number to obtain employment with Farmland Foods, Inc., 1220 North 6th Street, Monmouth, Illinois 61462, which, with the unauthorized earnings obtained from the employment, caused the Internal Revenue Service to notify her of the unreported income and income tax payment deficiency.

9. On July 2, 2008, San Angelo ICE Agents Mike Powell and Michael Brunet met with Chief J. Gore at the Ballinger, Texas Police Department. Chief J. Gore provided Agents with employment documentation relating to the employment of the individual using the personal information of Diana Galvan at Farmland Foods, Inc., 1220 N. 6th St. Monmouth, Illinois. Chief J. Gore had obtained this documentation pursuant to a Runnels County, Texas Grand Jury subpoena dated June 19, 2008. These documents included, but are not limited to, an Employment Eligibility Verification Form I-9, a copy of an Illinois identification card, a copy of a Social Security Card and an employment application. The Form I-9 disclosed that this employee attested under a penalty of perjury that she is a citizen or national of the United States. The employment application revealed that the individual claiming to be Diana Galvan was previously employed at Cargill Meat Solutions (CMS) in Beardstown, Illinois from May 1997 through April 2004 and began her employment with Farmland Foods in Monmouth, Illinois on August 12, 2004. This individual listed her residence at 619 Clay Street, Beardstown, Illinois.

10. On July 3, 2008, San Angelo ICE contacted Diana Galvan at the Ballinger Police Department. As proof of United States citizenship and identity, Galvan provided copies of her Texas Birth Certificate, her Social Security Card, and her State of Texas driver's license. Additionally, Chief J. Gore vouched for Galvan's identity, as they have been longtime associates. Galvan advised that she is a current resident of Ballinger, Texas and that she was born in

3

Ballinger, Texas. Galvan stated that since the year 1997, she has had problems with an unknown individual(s) using her personal identification to obtain employment in various states, including Iowa, Nebraska, and Illinois. Galvan provided documentation from the Internal Revenue Service advising her that she owes more than $14,000.00 in back taxes and penalties from income that was earned at Farmland Foods, Inc. Galvan advised that she never worked in the state of Illinois or for Farmland Foods, Inc. Galvan advised that whoever used her personal identifiers did so without her knowledge or authorization.

11. On July 31, 2008, I spoke to the Personnel Manager, Michelle Rayburn, at Farmland Foods, Inc. in Monmouth, Illinois. Rayburn advised that an individual using the personal information of Diana Galvan is currently employed and works the first shift at Farmland Foods, Inc in Monmouth, Illinois. Rayburn advised that this individual lists a residence at 619 Clay Street in Beardstown, Illinois.

12. On August 1, 2008, I spoke with Judy Gerhardt of the Illinois Secretary of State (SOS), Fraud Detection Unit. Gerhardt advised that the Illinois State Identification Document being used by the individual claiming to be Diana Galvan at Farmland Foods, Inc in Monmouth, Illinois was obtained at the Macomb, Illinois SOS facility on August 28, 2007. Gerhardt advised that prior to the 2007 issuance, this individual received Illinois State Identification Documents on May 9, 2000 and August 22, 2002 at the Beardstown, Illinois SOS facility. Gerhardt advised that this individual received her first issuance of an Illinois State Identification Document on April 22, 1997, but was unable to ascertain which facility issued this document.

13. On August 1, 2008, I made contact with Justin Bstandig, Personnel Manager, at CMS in Beardstown, Illinois. Bstandig researched the employment records of an individual using the personal information of Diana Galvan. Bstandig advised that an employee using this personal

4

information is a former employee of CMS. Bstandig provided me with an Employee Detail Report, a Form W-4, a copy of the company issued employee identification document, and a Personnel Action Record regarding this employee. This documentation revealed that this employee was hired by CMS, formerly known as Excel, on May 5, 1997, and was terminated on April 10, 2004. The termination was the result of a letter received by CMS from the Social Security Administration advising of a discrepancy with the social security number being used by their employee. Bstandig advised that the employee agreed to the termination and that there is no evidence in the employee's personnel file indicating that she rebutted the reason for termination.

14.     On August 1, 2008, I spoke to Diana Galvan of Ballinger, Texas by telephone. Galvan advised that she was born in Ballinger, Texas. Galvan advised that she attended school in Ballinger until the third grade and that her family subsequently moved to Abilene, Texas. Galvan advised that she attended school in Abilene from the fourth to the sixth grade. Galvan advised that her family subsequently returned to Ballinger where she attended junior high. Galvan advised that ten of her siblings were born in Ballinger, five of whom are current residents of Ballinger. Galvan advised that she has a large extended family currently residing in Ballinger. Galvan advised that she has known Chief J. Gore for more than twenty years. Galvan advised that, concerning the theft of her identity, she filed complaints with the Social Security Administration, the Federal Trade Commission and the Ballinger Police Department. Galvan advised that she has filed taxes since she was first employed in approximately 1979.

15.     On 08/04/2008, I contacted Teresa Bates of the State of Texas, Vital Statistics Office, Internal Affairs and Fraud Unit. I provided Bates with the information contained on the copy of the Texas birth certificate of Diana Galvan. Bates advised that the certificate was valid and confirmed Diana Galvan's place of birth, date of birth, and her parents' names.

5

16. On 08/04/2008, I contacted Judy Bartels of the Social Security Administration. I provided Bartels with the social security number and personal information that I had received from Diana Galvan pursuant to our August 1, 2008 conversation. Bartels advised that this social security number is a valid number. Bartels further advised that this social security number relates to Diana Galvan and confirmed Galvan's date of birth, place of birth and her parents' names.

17. UNSUB #1 listed above is in the United States in violation of Title 18, United States Code, Sections 1028A, Title 18, United States Code, Section 1546(a) and Title 42, United States Code, Section 408(a)(7)(B). This violation occurred in Cass County, Illinois and Warren County, Illinois within the Central District of Illinois.

18. Further Your Affiant Sayeth Not.

s/ William A. Hutton

William A. Hutton, Senior Special Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me
on this  11th  day of August, 2008
s/ Byron G. Cudmore

Honorable Byron G. Cudmore
United States Magistrate Judge