**E-FILED**
Wednesday, 20 August, 2008  05:54:32 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

**SEALED**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | **WARRANT FOR ARREST** |
| Plaintiff ) | |
| ) | |
| **vs** ) | |
| ) | **CASE NO. 08-M- 3048** |
| **UNSUB aka Diana Galvan,** ) | |
| ) | **FILED** |
| Defendant ) | |

AUG 1 8 2008

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**TO:**     **THE U. S. MARSHAL and any
AUTHORIZED UNITED STATES OFFICER**

**YOU ARE HEREBY COMMANDED** to arrest **UNSUB aka Diana Galvan,** and bring her forthwith to the nearest magistrate judge to answer a Complaint charging her with using a means of identification of another person in relation to another felony violation, in violation of Title 18, United States Code, Section  1028A.

Byron G. Cudmore
Name of Judicial Officer

s/ Byron G. Cudmore

Signature of Judicial Officer

**United States Magistrate Judge**
Title of Judicial Officer

US MARSHALS SERVICE
CENTRAL ILLINOIS
2008 AUG 14 PH 4: 08
RECEIVED

August 11, 2008 at Springfield, Illinois
Date and Location

Bail fixed at $ No Bail by _____    BYRON CUDMORE
UNITED STATES
MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above named defendant at Monmouth | | |
| Date Received 08/14/08 | Name of Arresting Officer Bill Hutton | Signature of Arresting Officer |
| Date of Arrest 08/12/08 | Title of Arresting Officer ICE | |

arrestwarrantPossessW Intent.frm